```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08346
     SANDRA D RAMSAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
     SSN XXX-XX-3987


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/08/2007 and was not confirmed.

     The case was dismissed without confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE     6043.23           .00           .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC     5650.00           .00        431.87
CITIFINANCIAL AUTO CREDI UNSECURED          339.29           .00           .00
COOK COUNTY TREASURER    SECURED           7784.00           .00           .00
COUNTRYWIDE HOME LENDING CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LENDING MORTGAGE ARRE    12300.00           .00           .00
CHASE AUTO FINANCE       SECURED VEHIC    19676.83           .00       1132.68
CHASE AUTO FINANCE       UNSECURED       NOT FILED           .00           .00
SAXON MORTGAGE           CURRENT MORTG         .00           .00           .00
SAXON MORTGAGE           MORTGAGE ARRE    11682.88           .00           .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00           .00           .00
WILSHIRE CREDIT CORPORAT UNSECURED       NOT FILED           .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE         .00           .00           .00
AAA CREDIT SERVICE INC   FILED LATE            .00           .00           .00
EASTWOOD INSURANCE       UNSECURED       NOT FILED           .00           .00
ADT                      UNSECURED       NOT FILED           .00           .00
AMERICAN EXPRESS CENTURI UNSECURED         2681.79           .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED           .00           .00
CAPITAL ONE              UNSECURED         1806.29           .00           .00
CITY OF CHICAGO PARKING  UNSECURED          650.00           .00           .00
ECAST SETTLEMENT CORP    UNSECURED         1573.51           .00           .00
ECAST SETTLEMENT CORP    UNSECURED         1285.26           .00           .00
GE MONEY BANK            UNSECURED         1753.23           .00           .00
LVNV FUNDING LLC         UNSECURED         3298.61           .00           .00
SANTANA ENERGY           UNSECURED       NOT FILED           .00           .00
HIGHER EDUCATION STUDENT UNSECURED         6130.60           .00           .00
NICOR GAS                UNSECURED       NOT FILED           .00           .00
PRIMUS FINANCIAL SERVICE UNSECURED         6705.55           .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1228.70           .00           .00
VILLAGE OF DOLTON        UNSECURED       NOT FILED           .00           .00
WFNNB/ROAMAN             UNSECURED       NOT FILED           .00           .00
WORLD FINANCIAL NETWORK  UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY     NOT FILED           .00           .00
WILSHIRE CREDIT CORPORAT NOTICE ONLY     NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08346 SANDRA D RAMSAY
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,834.00                     684.87
TOM VAUGHN                TRUSTEE                                     162.78
DEBTOR REFUND             REFUND                                    2,100.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      4,512.20

PRIORITY                                                 .00
SECURED                                             1,564.55
UNSECURED                                                .00
ADMINISTRATIVE                                        684.87
TRUSTEE COMPENSATION                                  162.78
DEBTOR REFUND                                       2,100.00
                          ---------------    ---------------
TOTALS                       4,512.20              4,512.20
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 01/03/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE